UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMAN CLANCY,<br><br>          Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No. 5:20-cv-08668 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:19-cv-04257 BLF, *Norman Clancy v. Allstate Insurance*.

IT IS SO ORDERED.

Date: December 10, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 20-cv-08668 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES